### WILLIAM C. HALE VS. EDWARD HEYSER, et al.

Irregular service of a writ of nuisance is of no effect. A motion to set it aside will be denied, where it appears there has been no subsequent proceedings; for the reason that the service does not affect any thing.

*Motion by defendants to set aside writ of nuisance for irregular service of the writ.*—It appeared by the copy return, that the copy served on defendants *was not certified according to the provisions of 2 R. S., 2d ed.,* 257, § 4.

J. VAN BUREN, *Defts Counsel.*      J. L. BOOKSTAVER, *Defts Atty.*

E. COOKE, *Plffs Counsel*      E. COOKE, *Plffs Atty.*

It appeared that no subsequent proceedings had been had in the cause.

BEARDSLEY, Justice.—Denied the motion without costs, on the ground that the service being irregular, it was of no effect. There was no subsequent proceedings had to be affected by it.